

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

www.FBDMLaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/2021
```

**FASULO BRAVERMAN & DI MAGGIO, LLP**

ATTORNEYS AT LAW

April 7, 2021

Hon. Mary Kay Vyskocil
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York

    *Re:*    *USA v. Encarnacion-Velez et al. (Ismael Gonzalez)*
            *Case No.: 21 Cr. 225 (MKV)*

Dear Judge Vyskocil,

    I was assigned to represent Ismael Gonzalez in the above referenced matter. For the reasons stated herein, I respectfully request a modification of the current bail package to substitute two (2) Financially Responsible People (herein FRP's) with two (2) Moral Suasions.

    Mr. Gonzalez's current conditions of release consist of a $100,000 bond co-signed by 2 FRP's by today, Wednesday, April 7. Despite his best efforts, Mr. Gonzalez has been unable to secure two people who meet the financial criteria to sign the bond. That said, his family members are willing to sign as moral suasions. The proposed moral suasions are: (1) his younger brother, Jamie Gonzalez, who in 2016 worked in construction but is presently unemployed and receiving Disability; and (2) his aunt Wanda Gonzalez who worked as a home attendant for 30 years and is presently receiving Social Security.

    I have discussed this substitution with AUSA Matthew Shahabian and he has indicated the Government has no objection to this request.

    Thank you for your consideration of this matter. Should you require any additional information, please do not hesitate to contact me.

                          Respectfully submitted,

                          s/Louis V. Fasulo

                                    Louis V. Fasulo
                                    Fasulo Braverman & Di Maggio, LLP
                                    225 Broadway, Suite 715
                                    New York, New York 10007
                                    Tel. 212-566-6213

Cc: AUSA Matthew Shahabian

> **Granted. SO ORDERED.** Meet the new conditions by April 23, 2021.
>
> Date: April 16, 2021      */s/ Mary Kay Vyskocil*
> New York, New York     Mary Kay Vyskocil
>                                United States District Judge