UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -v-

Ismael Gonzalez,
        Defendant(s).
-----------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEO CONFERENCE OR TELEPHONE CONFERENCE

21-CR-225 (__)(__)

Defendant __Ismael Gonzalez__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

__X__ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

__X__ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_/s/ Louis V. Fasulo_ with consent and on behalf of Ismael Gonzalez
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Ismael Gonzalez**
Print Defendant's Name

_/s/ Louis V. Fasulo_
Defense Counsel's Signature

**Louis V. Fasulo**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

4/19/21
Date

_/s/ Mary Kay Vyskocil_
U.S. District Judge/U.S. Magistrate Judge