

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

www.FBDMLaw.com

**FASULO BRAVERMAN & DI MAGGIO, LLP**

ATTORNEYS AT LAW

April 23, 2021

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/29/2021
```

Hon. Mary Kay Vyskocil
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York

> *Re:  USA v. Encarnacion-Velez et al. (Ismael Gonzalez)*
> *Case No.: 21 Cr. 225 (MKV)*

Dear Judge Vyskocil,

I am writing on behalf of my client Ismael Gonzalez to respectfully request the court extend the bond signing requirement by Mr. Gonzalez' sureties to Wednesday, April 28, 2021.

Both parties have been working to facilitate and to comply with the conditions of the bond by today, April 23, the original due date. The bond signers have been interviewed, are approved by the Government, and ready to sign the bond. However, due to logistical and technological issues, the Government and the Defendant are not able to facilitate the signing today as planned. The parties have conferred and believe that by Wednesday, April 28, 2021, the bond will be fully executed.

Thank you for your consideration of this matter. Should you require any additional information, please do not hesitate to contact me.

Respectfully submitted,

s/Louis V. Fasulo
Louis V. Fasulo

Cc:   AUSA Matt Shahabian

**Granted. SO ORDERED.**

Date: April 29, 2021
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

**225 Broadway, Suite 715**
**New York, New York 10007**
Tel (212) 566-6213
Fax (212) 566-8165

**505 Eighth Avenue, Suite 300**
**New York, New York 10018**
Tel (212) 967-0352
Fax (201) 596-2724

**1086 Teaneck Rd, Ste 3A**
**Teaneck, New Jersey 07666**
Tel (201) 569-1595
Fax (201) 596-2724