| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 5/3/2022 |

UNITED STATES OF AMERICA,

-v.-

ISMAEL GONZALEZ,

                Defendant.

21 Cr. 225-5 (MKV)

**ORDER**

MARY KAY VYSKOCIL, District Judge:

    As the parties are aware, the Court received a bail violation memorandum dated March 11, 2022 from the defendant's Pretrial Services Officer. On March 17, 2022, the Court held a bail violation hearing. On the record at the hearing, defense counsel acknowledged that the defendant had violated his bail conditions by testing positive for cocaine [ECF No. 102 ("Tr.") at 5-6]. The Court gave the defendant a "final warning" that if he had "one more positive test," he was "going to be remanded." Tr. at 11:10-13.

    The Court later received another bail violation memorandum and directed the parties to appear for a hearing on May 6, 2022. The Court also directed the parties to submit a joint status letter in advance of the hearing. Based on the parties' recent status letter [ECF No. 108], there appears to be no dispute that the defendant has continued to violate his bail conditions by testing positive for cocaine. Accordingly, a further bail violation hearing is not necessary. IT IS HEREBY ORDERED that the hearing that was scheduled to take place on May 6, 2022 is adjourned *sine die*. The U.S. Attorney's office shall prepare a bench warrant for my signature.

**SO ORDERED.**

Date: May 3, 2022
New York, NY

                                                                                                 **MARY KAY VYSKOCIL**
                                                                                                 **United States District Judge**