```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/7/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

ISMAEL GONZALEZ,

                Defendant.

21-cr-225-5 (MKV)

SCHEDULING ORDER

MARY KAY VYSKOCIL, District Judge:

    IT IS HEREBY ORDERED that the parties shall appear for a change of plea hearing on November 14, 2022 at 2:30 p.m.  The hearing will be held in Courtroom 18C of 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

Dated:  **November 7, 2022**
         **New York, New York**

                                              _____
                                                **MARY KAY VYSKOCIL**
                                                **United States District Judge**