UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/27/2023

UNITED STATES OF AMERICA,

-v.-

ISMAEL GONZALEZ,

                  Defendant.

21-cr-225-5 (MKV)

ORDER

MARY KAY VYSKOCIL, District Judge:

    IT IS HEREBY ORDERED that, to accommodate the Court's calendar, the sentencing that was previously scheduled to take place on March 13, 2023 is ADJOURNED to May 11, 2023 at 10:30 a.m.

**SO ORDERED.**

Dated:  February 27, 2023
           New York, New York

                                                      _____
                                                      MARY KAY VYSKOCIL
                                                      United States District Judge

1