UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

ISMAEL GONZALEZ,

                  Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/16/2024

21 Cr. 225-5 (MKV)

**ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE**

MARY KAY VYSKOCIL, District Judge:

    On September 16, 2024, the Court held a hearing in this matter. For the reason set forth in detail on the record at the hearing, and on the consent of Mr. Gonzalez, IT IS HEREBY ORDERED that the conditions of Mr. Gonzalez's supervised release shall be modified to include the following special condition:

> You will participate in an inpatient treatment program approved by the United States Probation Office, which program may include testing to determine whether you have reverted to using drugs or alcohol. You must contribute to the cost of services rendered based on your ability to pay and the availability of third-party payments. The Court authorizes the release of available drug treatment evaluations and reports, including the presentence investigation report, to the substance abuse treatment provider.

IT IS FURTHER ORDERED that, in the interim, until Mr. Gonzalez can begin an appropriate inpatient treatment program, he shall participate in outpatient treatment, including in the Life Recovery Center outpatient program. All other mandatory, standard, and special conditions of supervised release remain in place.

**SO ORDERED.**

Date: September 16, 2024
      New York, NY

MARY KAY VYSKOCIL
United States District Judge